FILED BY JM D.C.
DEC 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:** ____________________

JERRY SNEED
(Write the full name of the plaintiff)

vs. WILLIAM D. SNYDER,
BENJAMIN VULETA,
DEVANAND PERSAD

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

**A.** Plaintiff: JERRY SNEED

Address: 800 S.E MONTEREY ROAD, STUART, FL 34994

Inmate/Prison No.: 814778

*Year* of Birth: 12-12-70 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: WILLIAM D. SNYDER Defendant: BENJAMIN VULETA / DEVANAND PERSAD

Official Position: SHERIFF Official Position: DEPUTY SHERIFF

Place of Employment: MCSO Place of Employment: MCSO - SID

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

______________________________________________________________

______________________________________________________________

**IV. Jury Demand**

Are you demanding a jury trial? __✓__ Yes ____ No

Signed this __6th__ day of __DECEMBER__, 20__23__

______________________________
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __DECEMBER 6, 2023__

______________________________
Signature of Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.

FILED BY ___ D.C.
DEC 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JERRY SNEED
Planiniff,

VS.

BENJAMIN VULETA
AND
DEVANARD PERSAD
both employee OF william D. SNYDER in there official capacity as Sheriff of Martin County, Florida
WILLIAM D. SNYDER in his official Capacity as Sheriff OF Martin County, Florida.
DEFENDANTS

# COMPLAINT

Plainiff, JERRY SNEED, the undersignd Pro Se here files his Fourth Amended complaint and alleges

## 1. JURISDICTION

1. This is a action For damages exceeding $75,000,00 not including costs, and prejudgment interest.

2. The claims asserted arise pursuant to 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution, the Fouth AMendment to the United States Constitution, and the laws of the state of Florida. This Court has jurisdiction to hear all claims contained in this action;

3. THis Court has original jurisdiction over claims brought Pursuant to 42 U.S.C. § 1983 and concurrent Subject matter jurisdiction on over the claims brough pusuant to Florida law.

4. venue is property in Miami-Dade County, Florida because these events took place in Martin County, which is within THE Boundaries of the Southern District of florida

5. Plainiff have performed all Conditions precedent in accordance with § 768 28(6) Florida Statate's, and all other requirements, before bringing this action. All conditions precedent have otherwise occurred, been performed been met, been waived, would be futile, OR otherwise inapplicable.

6. This Complaint the Fouth Amended, is based on the individual and Concerted Conduct of the named Defendants in using the Police Power of the State of florida to deprive "SNEED" of his Constitutional and civil Rights of "SNEED" under the Fourth and fourteeth Amendents to the United States Constitution as well as the statutes and laws of florida.

7. At all times Material to this action, all defendants acted Under Color OF State OR local law.

II. PARTIES

8. Plainiff "JERRY SNEED" Hereinafter the Plainiff or "SNEED" OR "MR. SNEED" is a resident of the state of florida.

9. defendant "BENJAMIN VULETA" hereinafter OR "Deputy Vuleta" is and employee OF the (MCSO) "Vuleta is Sued in his individual Capacity.

10. defendant "DEVANAND PERSAD" or "Persad" or "Deputy Persad" is a employed at (MCSO) "Persad" is Sued in his individual Capacity.

11. Defendant "WILLIAM D. SNYER "THE SHERIFF" and/OR "SNYER" material to this action was the SHERIFF OF (MCSO) and acted in his official capacity as Sheriff of Martin County sheriff office ("MCSO").

III. STATEMENT OF FACTS

12. on July 19, 2023, at approx. 1120 hours, Deputy Persad and Deputy Vuleta of (MCSO), Met with a Confidential informant, Herein after referred to as C.i

13. THe C.i Stated he/she Knows a male by the name "Jerry Sneed" who sells meth in Martin County, FLORida.

14. The C.i Stated he/she could Contact "Jerry" through INteralia, Facebook messenger and arrange a drug transaction.

15. The C.I contacted "Jerry" through Facebook messenger and asked him if he was Coming this way, "Jerry" alleged Responed "YES".

16. Through investigative techniques he the defendent's was able to discover "Jerry" as W/M Jerry Sneed D.O.B. 12/12/1970.

17. At approx 1500 hours deputy "Persad" and Vuleta and Members of the (MCSO) Special investigation Division K-9, and Homeland Security briefed in regards to this arranged warrent-less search arranged meet.

18. At approx 1700 Hours deputy Persad and deputy Vuleta and members of S.I.D (MCSO) K-9, Homeland Security arrived at Charlie Leghton Park, At approx. 1743 hour, "Jerry Sneed" "Ferman Orr" and Jerry Son "Joshua Sneed" arrived in the parking lot to do some fishing with their dog.

19. a short time later deputy Persad and deputy Vuleta and members of sid, MCSO, K-9, and Homeland Sercurity Conducted a no Probabe Cause warrentless Search take down on Jerry, and his son, and Ferman and Vehicle.

20. While members of S.I.D, and Homeland Sercurity and deputy Persad and Vuleta conducted a warrentless Search of Vehicle.

21. deputy Persad and Vuleta and Homeland Security, and MCSO, K-9 Conducted a warrentless Search of the Vehicale, they located a white cooler saids the officers.

22. Inside the Cooler was Bush drinks, Mountain Dew drinks and alleged Duct Tape package It Shall be noted, while the duputies Persad and Vuleta and Homeland Security the "warrantless Search" of the white Cooler Jerry, Ferman, and Joshua were allready placed in Restraints, and taken diffent ways From Each other, and were out of Sight of the Search and never seen the "Duct tape package" And Let It be "noted" Joshua Sneed was Put in Restraints From the Deputie's and they new he was a minor.

23. High Risk take down From Deputy Persad and Vuleta and Homeland Security, and K-9 MCSO, without a Seach warrent and No Probable Cause with there weapons drawn on me, "Jerry Sneed" and my Son Joshua Sneed is and Violation, and the evidence alleged Found was seized improperly under the 4th Amendment without the proper Search Warrent.

24. Deputy Persad and deputy Vuleta and S.I.D, Homeland Security, 2way Communication interception of Facebook Messenger on July 19, 2023 at approx. 1120 Here, an erroneous affidavit was not Supported by a warrent For Probable Cause derived From the wire tap and must Be Supported by an Order entered by the Judge.

25. the Plainiff is being illegally detained by defended "WILLIAM D. SNYER" because he has been arrested and detained without a "Search Warrant" that the Deputy Persad, Deputy-Vuleta, MCSO, Homeland Security Failed to Get From a Judge.

26. ~~illeagak~~ illegal "Seach and Seizure" with no Probable Cause and no WARRANTS For vehicelle or Phone or anything esle this is a violation of florida Constitution U.S Const. Amends IV and XIV.

CAUSES OF ACTION

Count I - Unreasonable "Search and Seizer" Under 42 U.S.C § 1983, Fourth Amendment Against "Deputy VULETA" and Deputy "DEVANAND Persad."

27. Plainiff reallege paragraphs 1 through 26

28. The High Risk take down and the Unreasonable "Search and Seizure" BY Deputy Persad and Deputy Vuleta and MCSO, K-9, Homeland Security acking on, who was Not in trouble, was not accused or Committing, A crime, posed no threat of immediate harm, was not arrested For any lawful basis, was not asked to "cuff up" and did not fight Back against Deputy "Persad" or "Vuleta" OR, anyone esle, But made to crawl like an Animal across the ground For a Unreasonable "Search and Seizure" and a High Risk take down on the Plainiff "SNEED" and his Son "Joshua" with no warrant OR Probable Cause.

29. Defendant "Persad" and "Vuleta" Committed acts that violated "Sneed" Constitutional Rights, including but not limited to, the right not to be subjected to unreasonable force, of High Risk take Down with there weapons Drawn and a Warrantless Search and Seizure

30. the Plainiff had the Right to freedom of movement But was made to crawl and had Restraints put on him all because of a warrantless and Unreasonable Search and Seizure.

31. The actions by Defendant's Persad and Vuleta, was reckless, objectively unreasonable, and Constituted an Unreasonable Search and Seizur in Violation of the Fourth Amendment to the United States Constitution.

32. the defentad's Persad and Vuleta For arranging this no Probably Cause Warrantless take down High Risk and Unreasonable Search and Seizur Conduct Caused Mental anguish to the Plainiff "SNEED" and his Son "Joshua"

33. At the time Defendant Persad and Vuleta, and MCSO and Homeland Security conducted the the take Down on the vehicle For No Reason at all or no law being broken But Getting Fishing Gear From the trunk of the vehicle and walking a dog, Sneed had a Right to be free from ureasonable use of force.

34. Defendant Persad and Defendant Vuleta should have Known that arranging this take dawn should of been on Probale Cause and a Warrent From a Judge signed and Dated and the time of the warrent. Sneed was violated the clearly established Constitutional Rights of "SNEED". 9 OF 13

3M EMO EMO

35. Deputy Vuleta and Persad and Homeland Security use force that was unreasonable while initiating an inappropriate, uncalled For reckless and malicious derogation of the "Sneeds" rights under federal and State law.

36. The defendant's Persad and Vuleta acted under color of law and as an employee of the (MCSO) in Committing the Conduct identified in this Count.

37. AS a direct and proximate result of "Sneed" Persad and Vuleta violation of Sneed's civil rights, Sneeds suffered mental anguish, and humiliation.

38. Defendant Persad and Vuleta use Police force, with weapon's Pointed at Sneed and made to get on the ground and CRAWL acoss the graund at a park, IN Front of his Kid he was Just taking fishing and in Front of all Kinds of People at the Park, was unnecessary because Sneed did not OR anyone Esle posing a threat to any-one around him and Sneed at no point to and, no point fought back ~~againsted~~ [illegible] to the defendant or any other OFFicer

39. the used unreasonable Search and Seizure against Sneed is the proximate Cause of his mental Issues and night-mares because his life has been taking From his love ones and Everything he has worked for is gone. loss of Capacity the enjoyment of life.

40. By reason of the acts, conducted By Persad and Vuleta, in depriving Sneeds of valuable Constitutional Rights, it was necessary For the Plainiff him-Self to Pro Se to secure redress for the depRivation of SNEEDS Constitutional Rights.

WHEREFORE, Sneed demands Judgment In exess of Seventy-Five thousand Dollars ($75,000.00) against Persad and Vuleta each For damages, punitive damages, prejudgment interest on liquidated damages as allowed By law, costs of this action, any any others court deems just and proper.

CAUSE OF ACTION

Count II- (AGAINST WilliAM D. SYNDER)

41. Plainiff reallege paragraphs 1 thr26

42. SNEED Suffered loss of capacity of the enjoyment of life, embarrasment,

43. Persad and Vuleta was acting in the scope of there employment.

44. Persad and Vuleta acted intentionally But not in bad faith or with malicious Purpose or in a manner exhibiting wanton and willful disregard of human rights or property.

45. Pursuant to Florida Statue 768.29(9) is vicariously liable

46. as a direct and proximate Result of Sneed's Illegal Search and Seizure and High Risk take dawn and lossed Everything, Sneed has Suffered damages including mental anguish, emotional distress Humiliation, Embarrassment, the losses and damages are permanent and/or continuing and Sneed will Continue to Suffer with these damages in the future. demands judgement Compensatory Damages

DEMAND For Jury TRIAL

Plainiff request a jury trial as to all Counts so authorized

Jerry Sneed 814778
MARTIN County Jail A-4-1-L09
800 SE Monterey Road
Stuart, FL 34994

WEST PALM BCH FL
12 DEC 2023 PM

FREEDOM FOREVER USA

LEGAL MAIL

United States District Court
Southern District of Florida
office OF THE CLERK Room 8N09
400 North Miami avenue
Miami, FL. 33128

33128-771699